**FILED**

May 02, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CV

DEPUTY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

WESTERN ___ District of _TEXAS_

WACO ___ Division

Case No. **6:22-CV-00450**

*(to be filled in by the Clerk's Office)*

ARSENIO WALKER

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

LASALLE CORRECTIONS
ASST. WARDEN TUCKER
ASST. WARDEN TERRANCE MOORE
MAJOR BEAVER           SEE ATTACHED

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name ARSENIO WALKER

All other names by which you have been known:

ID Number # 59845509

Current Institution LASALLE CORRECTIONS

Address 910 N. TYUS STREET

GROESBECK      TEXAS      76642
City                    State                Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ASST WARDEN TUCKER

Job or Title (if known) ASSISTANT WARDEN

Shield Number

Employer LASALLE CORRECTIONS

Address 910 N. TYUS STREET

GROESBECK      TX      76642
City                    State                Zip Code

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name LASALLE CORRECTIONS

Job or Title (if known) SELF

Shield Number

Employer CEO - SELF

Address 910 N. TYUS STREET

GROESBECK      TX      76642
City                    State                Zip Code

☐ Individual capacity    ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

MR TERRANCE MOORE

ASSISTANT WARDEN

LASALLE CORRECTIONS

910 N. TYUS STREET

GROESBECK                 TX        76642
City                           State         Zip Code

☒ Individual capacity        ☐ Official capacity

**Defendant No. 4**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

MR BEAMER

MAJOR

LASALLE CORRECTIONS

910. N. TYUS STREET

GROESBECK              TX        76642
City                        State         Zip Code

☒ Individual capacity        ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE RIGHTS TO PRACTICE RELIGION IS PROTECTED BY THE FIRST AMENDMENT AND CONGRESS HAS ACTED TO REINFORCED THIS PROTECTION THROUGH ITS PASSAGE OF THE RELIGOUS LAND USE AND INSTITUTIONALIZE PERSON AC I AM BEING DENIED ACCESS TO PRACTICE MY RELIGION, I AM BEING DENIED ACCESS TO ORDER RELIGOUS ITEMS SUCH AS PRAYER RUGS, QURANS, AND I AM BEING TOLD TO BUY MY NECCESSARY ITEMS OFF COMMISS

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

MY RIGHTS ARE PROTECTED BY THE RELIGOUS LAND USE, AND THE INSTITUTIONALIZE PERSON ACT THAT RELATES TO STATE AND LOCAL INMATES, WE ARE BEING VIOLATED, WELL I AM BEING VIOLATED, BY THE DEFENDANTS, I HAVE GUARANTEEDS AND PROTECTIONS UNDER THE CONSTITUTION.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I AM BEING DEPRIVED OF MY RIGHT TO PRACTICE MY RELIGION, AND DENYING MY RELIGIOUS ITEMS THAT I NEED TO PRAY AND WORSHIP MY GOD, I AM BEING DISCRIMINATED ON BECAUSE I AM A MINORITY AND MUSLIM.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

LIMESTONE COUNTY DETENTION CENTER, THE DATES VARY AND THE INFORMATION IS ON TABLETS, I DON'T HAVE ACCESS TO THE DATES AT THIS TIME.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 6    APRIL 2    APRIL 4    APRIL 7    APRIL 9
APRIL 15    APRIL 3    APRIL 5    APRIL 8    APRIL 10

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE DEFENDANTS APPROVED OF OUR MEALS BEING SERVED SPOILED OR LEFT OUT TOO LONG, I WAS DENIED THE RELIGIOUS ITEMS I NEED TO PRACTICE, I WAS DENIED ACCESS TO GO PRAY.
(THE ENTIRE MUSLIM COMMUNITY WILL FURNISH THEIR NAMES AND INFO AT A LATER TIME)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.    I HAVE SUSTAINED INJURIES MENTALLY AND I REQUESTED TO SEE A MENTAL HEALTH DOCTOR AND I AM STILL WAITING.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM SEEKING THE SUM OF ONE HUNDRED MILLION DOLLARS NO CENTS,
100,000,000.00 %00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LIMESTONE COUNTY DETENTION CENTER / LASALLE CORRER

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? THE RULED THAT IT WAS UNFAIR AND THE MATTER WILL BE ADDRESSED AND HANDLED.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

AT LIMESTONE COUNTY DETENTION CENTER

2.    What did you claim in your grievance? (PRAYER RUGS QURAN)
THAT I WAS DEPRIVED OF MY RELIGIOUS ARTICLES AND I AM RECEIVING SPOILED/BAD FOOD, I AM BEING DENIED ACCESS TO PRAY.

3.    What was the result, if any?
THE GRIEVANCE RULED IN MY FAVOR AS UNFAIR, AND WAS STATED THAT IT WOULD ALL BE CORRECTED.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I DID NOT HAVE TO FILE A APPEAL, BECAUSE IT WAS RULED IN MY FAVOR, AND ONLY A TEMPORARY FIX, THEN THE PROBLEM OCCURR.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

  1.   If there are any reasons why you did not file a grievance, state them here:

_____N/A_____

  2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____N/A_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.    I HAVE CONTACTED THE MARSHALS,
  I HAVE CONTACTED THE COURTS
  I HAVE CONTACTED LASALLE CORRECTIONS
  I HAVE CONTACTED ALL RANK IN LIMESTONE DETENTION

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ___ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  _____ N/A _____

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition  _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _____

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

Prison Identification #       _____

Prison Address                _____

                              _____  _____  _____
                                      City              State      Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Address                       _____

                              _____  _____  _____
                                      City              State      Zip Code

Telephone Number              _____

E-mail Address                _____

LIMESTONE COUNTY DETENTION CENTER
ARSENIO WALKER #59845509
910 N. TYUS STREET
GROESBECK, TX 76642



NORTH TEXAS P&DC
DALLAS TX 750
THU 28 APR 2022
AESM 1/1 00:28:05

TO: CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800, FRANKLIN AVENUE, Room 380
WACO, TEXAS 76701

LEGAL MAIL

RECEIVED

MAY 02 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK