# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **ARSENIO WALKER** | § | |
| **(Limestone Cty #59845509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-450-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

## ORDER

On May 5, 2022, the Court ordered Plaintiff to file a more definite statement answering particular questions. Plaintiff had until June 6, 2022, to comply with the Court's order. To date, Plaintiff has failed to respond to the order.

It is **ORDERED** that Plaintiff shall show cause on or before **July 7, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on June 7, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1