**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ARSENIO WALKER** | § | |
| **(Limestone Cty #59845509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-450-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

## ORDER OF DISMISSAL

On May 5, 2022, the Court ordered Plaintiff to file a more definite statement answering particular questions. Plaintiff had until June 6, 2022, to comply with the Court's order. Plaintiff failed to respond and on June 7, 2022, the Court ordered Plaintiff to show cause by July 7, 2022, why his complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. To date, Plaintiff has failed to respond to the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to respond to the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on July 14, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1